**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Beverly FORDE, a/k/a Cynthia Taylor,
a/k/a Margaret Hescott, Defendant—
Appellant.**

**No. 06–7758.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 2, 2007.

212

Beverly Forde, Appellant Pro Se.

Before WILLIAMS, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Beverly Forde appeals from the district
court's order denying her motion for modi-
fication of her sentence in light of *United
States v. Booker*, 543 U.S. 220, 125 S.Ct.
738, 160 L.Ed.2d 621 (2005). We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *United
States v. Forde*, No. 1:92–cr–00429–CMH
(E.D.Va. Aug. 23, 2006). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*